IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

REGINA WALKER-HILL,  No. 03:12-cv-02162-ST

           Plaintiff,  ORDER

      v.

DEUTSCHE BANK NATIONAL TRUST
COMPANY, a citizen of California,
SAXON MORTGAGE SERVICES, INC.,
a Texas corporation

           Defendants.


Raylynna J Peterson
Peterson Law Group, PC
3537 N. Williams Avenue, Suite 101
Portland, OR 97227

      Attorney for Plaintiff

Bruce C. Hamlin
Martin, Bischoff, Templeton, Langslet
& Hoffman LLP
888 SW 5th Avenue
900 Pioneer Tower
Portland, OR 97204-2023

Calon N. Russell
Hinshaw & Culbertson, LLP
1000 SW Broadway, Suite 1250
Portland, OR 97205-3078

        Attorneys for Defendants

HERNANDEZ, District Judge:

Magistrate Judge Stewart issued a Findings and Recommendation (#15) on January 23, 2013, in which she recommends that this Court grant Saxon Mortgage Services, Inc.'s motion to dismiss (#8). The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court adopts Magistrate Judge Stewart's Findings and Recommendation (#15). Accordingly, Defendant Saxon Mortgage Services Inc.'s motion to dismiss (#8) is granted.

IT IS SO ORDERED.

DATED this 1 day of March, 2013.

MARCO A. HERNANDEZ
United States District Judge