UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

REGINA WALKER-HILL,

        Plaintiff,

   v.

DEUTSCHE BANK NATIONAL TRUST COMPANY, a citizen of California; and SAXON MORTGAGE SERVICES, INC., a Texas corporation,

        Defendants.

3:12-cv-02162 -ST

ORDER OF DISMISSAL

STEWART, Magistrate Judge:

## **ORDER**

Based on the STIPULATED NOTICE OF DISMISSAL [24],

IT IS ORDERED AND ADJUDGED that this case is DISMISSED with prejudice and without costs to any party.

DATED August 29, 2013.

                            s/ Janice M. Stewart
                            Janice M. Stewart
                            United States Magistrate Judge

1 – ORDER OF DISMISSAL